The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERORG DATA, LLC,<br><br>                  Plaintiff,<br><br>     v.<br><br>MANAGEMENT SCIENCE ASSOCIATES, INC.,<br><br>                  Defendant. | No. 3:18-cv-05841-BHS<br><br>**NOTICE OF SETTLEMENT** |

Counsel for the parties hereby notify the Court that, on December 21, 2018, they reached a settlement resolving all claims. The attorneys will finalize their settlement agreement and presentation of a stipulation of dismissal over the next 30 days.

DATED this 21st day of December, 2018.

Davis Wright Tremaine LLP
*Attorneys for Defendant*

By *s/ Jaime Drozd Allen*
Jaime Drozd Allen, WSBA #35742
Benjamin J. Robbins, WSBA #53376
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
E-mail:  jaimeallen@dwt.com
             benrobbins@dwt.com

NOTICE OF SETTLEMENT
(3:18-cv-05841-BHS) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

        Newman Du Wors LLP
        *Attorneys for Plaintiff*

        s/ *John Du Wors*
        s/ *Nathaniel Durrance*
        John Du Wors, WSBA No. 33987
        Nathaniel Durrance, WSBA No. 41627
        2101 Fourth Avenue, Suite 1500
        Seattle, WA 98121
        Telephone: (206) 274-2800
        Facsimile: (206) 274-2800
        Email: john@newmanlaw.com
              nate@newmanlaw.com

NOTICE OF SETTLEMENT
(3:18-cv-05841-BHS) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 21st day of December, 2018.

*s/ Jaime Drozd Allen*
Jaime Drozd Allen, WSBA #35742

NOTICE OF SETTLEMENT
(3:18-cv-05841-BHS) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax